# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSEPH L. ST. CHARLES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C19-5706-MLP

ORDER

On May 26, 2020, this Court affirmed the final decision of the Commissioner and dismissed this case with prejudice. (Dkt. ## 16-17.) On July 27, 2020, Plaintiff appealed that decision to the Ninth Circuit. (Dkt. # 18.) On appeal, Defendant filed an unopposed motion to vacate the judgment and to remand the matter to the District Court pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021), which the Ninth Circuit granted. (Dkt. # 20.)

Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

\\

\\

ORDER - 1

Dated this 29th day of June, 2021.

*MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2